IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KHARI WHEELER,<br><br>  *Defendant*. | **UNDER SEAL**<br><br>Criminal No. 1:26-MJ-145 |

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Samuel Supnick, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been employed in Federal law enforcement since January 2017. I am currently assigned to an ATF field office in Northern Virginia.

2. As an ATF Special Agent, I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), that is, an officer of United States who is empowered by law to conduct investigations and to make arrests for offenses enumerated in Titles 18, 21, and 26 of the United States Code.

3. My training and experience during my law enforcement career has involved, among other things: (1) the interviews of victims, witnesses, suspects, defendants, and informants; (2) physical and electronic surveillance; (3) the analysis and processing of documentary, electronic, and physical evidence; and (4) the execution of arrest and search warrants. I have investigated and assisted in investigations involving firearms, narcotics, violent crime, and other matters which have resulted in arrests and convictions.

4.      This affidavit is intended to show only that there is probable cause and does not set forth each and every fact observed by me or known to the government.  I make this affidavit based, in part, on my personal knowledge and observations derived from my participation in this investigation, my background and experience, information provided by other agents and law enforcement officers, reports, videos, documents and data provided by other officers which I have read and reviewed, and, in part upon information and belief.

5.      I make this Affidavit in support of an application for a Criminal Complaint and Arrest Warrant for Khari WHEELER.  For the reasons set forth below, I respectfully submit that there is probable cause to believe that on or about February 18, 2026, in Fairfax County, Virginia, within the Eastern District of Virginia, WHEELER, knowing that he had been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Glock 17Gen4, 9x19mm pistol, bearing serial number BFEP320, in violation of Title 18 of the United States Code Section 922(g)(1).

## **PROBABLE CAUSE**

6.      On or about February 18, 2026, in Fairfax County, Virginia, within the Eastern District of Virginia, Fairfax County Police Department (FCPD) officers responded to a domestic dispute at an apartment on William Short Circle, Herndon, Virginia.

7.       FCPD Officers arrived on scene and observed WHEELER in the vicinity of the apartment.  WHEELER acknolwedged that he had been knocking on the door of the apartment, but stated he was trying to get his clothes.  When an officer attempted to conduct a pat down of WHEELER, WHEELER shoved one of the officers and attempted to flee.  During the ensuing struggle, a firearm fell or was thrown from WHEELER's person, and one of the officers shouted, "He's got a gun!"  WHEELER fled a short distance on foot before being apprehended.

8.     Law enforcement photographed and collected the firearm.  The firearm was loaded with fourteen (14) rounds of 9mm Luger, or 9x19mm, ammunition, to include one (1) round in its chamber.



9.     Later on February 18, 2026, FCPD Detective (Det.) P. King interviewed WHEELER.  The following is a summary of some of the information relayed by WHEELER to Det. King during the interview.  After being adivsed of his *Miranda* rights, WHEELER advised Det. King that his last felony conviction was in 2020 or 2021 for Possession with Intent to Distribute Marijuana and concealed carry.  WHEELER told Det. King that he was carrying the firearm recovered by FCPD for protection, and that he had it for years.  When asked what kind of gun it was, WHEELER stated it was "a nine."

10.     On February 20, 2026, FCPD Det. J. Hoffman successfully test fired the firearm recovered in this investigation for purposes of entry into the National Integrated Ballistic Information Network (NIBIN).

11.     A query of law enforcement and court databases indicated that WHEELER has

been convicted in a court of at least one crime punishable by imprisonment for a term exceeding one year: Possession with Intent to Distribute Marijuana (greater than half an ounce to five pounds) in Spotsylvania County Circuit Court in 2021.

12.     I have received training from ATF in establishing the interstate nexus of firearms and ammunition.  I examined the firearm recovered in this investigation and identified it as a Glock, model 17Gen4, 9x19mm pistol, bearing serial number BFEP320.  This firearm was manufactured outside of the State of Virginia and recovered by law enforcement in the State of Virginia.  This firearm has therefore been shipped or transported in interstate or foreign commerce.

## CONCLUSION

13.     Based on the foregoing, I respectfully submit that there is probable cause to believe that on or about February 18, 2026, in Fairfax County, Virginia, within the Eastern District of Virginia, WHEELER, knowing that he had been convicted in court of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting commerce, a firearm, to wit: a Glock, model 17Gen4, 9x19mm pistol, bearing serial number BFEP320, in violation of Title 18 of the United States Code Section 922(g)(1).

Respectfully submitted,

Samuel Supnick
Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Attested to by the applicant in accordance
with the requirements of Fed. R. Crim. P. 4.1
by telephone on May 4, 2026.

Digitally signed by Ivan Davis
Date: 2026.05.04 12:27:49 -04'00'

The Honorable Ivan D. Davis
United States Magistrate Judge
Alexandria, Virginia

4