IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

FILED
IN OPEN COURT

MAY 2 6 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 1:26-CR-101 |
| | ) | |
| v. | ) | Possession of a Firearm by a Felon (18 |
| | ) | U.S.C. § 922(g)(1)) |
| KHARI WHEELER, | ) | |
| | ) | Forfeiture Notice |
| Defendant. | ) | |

INDICTMENT
May 2026 Term—at Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

COUNT ONE
(*Possession of a Firearm by a Felon*)

On or about February 18, 2026, in Fairfax County, Virginia, within the Eastern District of Virginia, the defendant, KHARI WHEELER, knowing that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly and unlawfully possess a firearm, that is, a Glock 9x19mm pistol, said firearm having previously traveled in interstate and foreign commerce.

(In violation of Title 18, United States Code, Section 922(g)(1).)

FORFEITURE NOTICE

THE GRAND JURY FURTHER FINDS PROBABLE CAUSE FOR FORFEITURE, AS DESCRIBED BELOW:

Pursuant to Rule 32.2(a) of the Federal Rules of Criminal Procedure, the defendant, KHARI WHEELER, is hereby notified that, if convicted of the offense alleged in this Indictment, he shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1)

and Title 28, United States Code, Section 2461(c), all firearms and ammunition involved in or used in the offense.

The property subject to forfeiture includes, but is not limited to, the following: a Glock, model 17Gen4, 9x19mm pistol, bearing the serial number BFEP320 and all associated magazines and ammunition.

Pursuant to Title 21, United States Code, Section 853(p), the defendant, KHARI WHEELER, shall forfeit substitute property, if, by any act or omission of the defendant, the property references above cannot be located upon the exercise of due diligence; has been transferred, sold to, or deposited with a third party; has been placed beyond the jurisdiction of the Court; has been substantially diminished in value; or has been commingled with other property which cannot be divided without difficulty.

(In accordance with Title 18, United States Code, Section 924(d)(1); Title 21, United States Code, Section 853(p); Title 28, United States Code, Section 2461(c); and Rule 32.2(a), Federal Rules of Criminal Procedure.)

A TRUE BILL

Pursuant to the E-Government Act,
The original of this page has been filed
under seal in the Clerk's Office

_____
FOREPERSON

TODD W. BLANCHE
Acting Attorney General

By: _____
Amber N. Rieff
April N. Russo
Assistant United States Attorneys