IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

UNITED STATES OF AMERICA

v.

KHARI WHEELR,

Case No. 1:26-cr-101

## **UNITED STATES' MOTION FOR LEAVE TO FILE DIGITAL EXHIBITS ON DISK**

The United States of America, by and through its undersigned counsel, respectfully requests that the Court enter the accompanying proposed order permitting the government to file two digital exhibits to the United States' Response in Opposition to Motion to Suppress, on disks. The two exhibits, Government's Exhibits 2 and 3, are relevant to the resolution of the pending motion.  They are portions of body cam footage and an interview recording that are also relevant to the pending Motion.   These exhibits will be used to establish the factual information relevant to the Defendant's Motion to Suppress.

*(Continued on next page.)*

Accordingly, the United States asks the Court to grant this Motion for Leave.

Respectfully submitted,

Todd W. Blanche
Acting Attorney General


Date:  July 1, 2026             By:  _____/s/_____

Amber N. Rieff
April N. Russo
Assistant United States Attorneys
Office of the United States Attorney
2100 Jamieson Avenue Alexandria,
Virginia 22314
Phone: (703) 299-3917
Fax: (703) 299-3980
Email: amber.rieff2@usdoj.gov

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 1, 2026, I filed the foregoing was filed electronically using the

CM/ECF system, which will provide a copy of the foregoing to all counsel of record.


_____/s/_____
Amber N. Rieff
Assistant United States Attorney

3

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

UNITED STATES OF AMERICA

v.                                                    Case No. 1:26-cr-101

KHARI WHEELER,

### [PROPOSED] ORDER

The UNITED STATES, having moved to file digital exhibits to the United States'
Response in Opposition to Motion to Suppress on disk in the above-captioned case; and

UPON CONSIDERATION WHEREOF, it is the opinion of the Court that said Motion
should be and hereby is granted; it is therefore

ORDERED that the United States may file the aforementioned exhibits on a disk with the
Clerk of Court for the United States District Court for the Eastern District of Virginia.

Date: _____
        Alexandria, Virginia