IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 1:26-CR-101 |
| | ) | |
| KHARI WHEELER, | ) | |
| | ) | |
| Defendant. | ) | |

**CONSENT MOTION TO SUSPEND TRIAL DEADLINES AND VACATE TRIAL**

The United States of America, through the undersigned attorneys, with the consent of the defendant through his counsel, respectfully moves this Court to vacate all pre-trial deadlines and vacate trial.

1.  The defendant, Khari Wheeler, was originally charged by criminal complaint on May 4, 2026.  ECF No. 1.

2.  An arrest warrant was issued for the defendant on May 4, 2026.  ECF No. 5.

3.  The defendant was arrested on May 5, 2026, and his initial appearance was held on May 6, 2026.  Cadence Mertz was appointed to represent the defendant.  ECF Nos. 6, 13.

4.  On May 8, 2026, the government moved for the defendant to be detained and the Court found probable cause.  The defendant was ordered to be detained.  ECF Nos. 10–12.

5.  On May 26, 2026, a federal grand jury convened in the Eastern District of Virginia issued an indictment charging him with one count of felon in possession of a firearm in violation of 18 U.S.C. § 922(g)(1).  ECF No. 16.

6.  The defendant was arraigned on the indictment on June 4, 2026.  ECF No. 20.  A trial was set for July 28, 2026.  *Id.*

7. The defendant has indicated his intent to plead guilty to the Indictment, and the parties are actively in process of plea negotiations. Therefore, the government believes that suspension of all pre-trial deadlines and termination of the trial date would promote overall efficiency for the parties, this Court, and third parties by avoiding unnecessary time and expense associated with trial preparation. By suspending all pre-trial deadlines, the parties will be able to focus their efforts on preparing their sentencing recommendations, avoid unnecessary review of any trial-related filings by this Court, and decrease the logistical burdens for third-party witnesses who would otherwise be likely to testify at trial.

8. The United States, also with the consent of the defendant, further requests that the trial date of July 28, 2026, be vacated, in light of the defendant's anticipated guilty plea.

9. The United States, therefore, moves this Honorable Court to suspend all trial and discovery deadlines until further order of this Court. Defense counsel has been provided a copy of this motion and does not oppose.

A proposed order is attached.

Respectfully Submitted,

Todd Blanche
Acting Attorney General

By: _____/s/_____
Amber N. Rieff
April N. Russo
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, Virginia 22314
Tel: 703-299-3917
Fax: (703) 299-3980
E-mail: Amber.Rieff2@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2026, I filed the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

By:    _____/s/_____

Amber N. Rieff
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Email: Amber.Rieff2@usdoj.gov
Phone: (703) 299-3917

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

UNITED STATES OF AMERICA     )
     )
  v.     )     Case No. 1:26-CR-101
     )
KHARI WHEELER,     )
     )
     Defendant.     )

PROPOSED ORDER

Upon the Government's consent motion to suspend trial and discovery deadlines and

vacate trial date, and finding good cause,

it is hereby ORDERED that all trial and discovery deadlines related to this matter will be

suspended until further order of the Court.

Further, it is hereby ORDERED that the trial date of July 28, is vacated.


**SO ORDERED** this _____ day of July, 2026.


_____
Hon. Patricia T. Giles
United States District Judge