IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division



FILED
IN OPEN COURT

JUL 1 0 2026

CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

UNITED STATES OF AMERICA

v.

KHARI WHEELER,

Defendant.

No. 1:26-cr-101

## STATEMENT OF FACTS

The United States and the defendant, KHARI WHEELER ("Wheeler" or "defendant"), agree that at trial, the United States would have proven the following facts beyond a reasonable doubt with admissible and credible evidence:

1.     On or about February 18, 2026, in Fairfax County, Virginia, which is within the Eastern District of Virginia, Fairfax County Police Department ("FCPD") officers responded to a 911 call regarding an alleged domestic dispute at an apartment on William Short Circle, Herndon, Virginia.

2.     FCPD officers arrived on scene and observed Wheeler in the vicinity of the apartment. Wheeler acknowledged that he had been knocking on the door of the apartment.

3.     When officers attempted to conduct a pat down of Wheeler, Wheeler attempted to flee, at which point a firearm Wheeler had been carrying fell from his person.

4.     Law enforcement photographed and collected the firearm Wheeler dropped, which was a Glock, model 17Gen4, 9x19mm pistol, bearing the serial number BFEP320, manufactured in Austria.

5.     The firearm was loaded with fourteen (14) rounds of 9mm Luger, or 9x19mm, ammunition.

1

6.      On February 20, 2026, FCPD Det. J. Hoffman successfully test fired the firearm recovered in this investigation for purposes of entry into the National Integrated Ballistic Information Network. He found the firearm to be in mechanical operating condition. The pistol is a "firearm" within the meaning of 18 U.S.C. § 921(a)(3) and prior to February 18, 2026, it traveled in interstate and foreign commerce.

7.      A query of law enforcement and court databases indicated that Wheeler has previously been convicted in a court of at least one crime punishable by imprisonment for a term exceeding one year: namely, Possession with Intent to Distribute Marijuana in Spotsylvania County (Virginia) Circuit Court on August 25, 2021, for which he was sentenced to serve a term of 5 years and 12 months of imprisonment, with 4 years and 23 months suspended.

8.      At the time that he possessed the pistol on February 18, 2026, Wheeler knew that he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year and that he was prohibited from possessing a firearm.

9.      The actions of Wheeler, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

10.     This Statement of Facts includes those facts necessary to support the *guilty* plea agreement between Wheeler and the United States. It does not include each and every fact known *ANR* to Wheeler or to the United States, and it is not intended to be a full enumeration of all of the facts *KW* surrounding Wheeler's case.

Respectfully submitted,
Todd W. Blanche
Acting Attorney General

By: _____

Date: July 10, 2026

Amber N. Rieff
April N. Russo
Assistant United States Attorneys

After consulting with my attorney, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Khari Wheeler
Defendant

I Khari Wheeler's attorney. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Cadence Mertz
Attorney for Khari Wheeler

3